UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____-Civ

WARREN B. MOSLER, an individual,

    Plaintiff,

vs.

JAMES TODD WAGNER, an individual,

    Defendant.

_____/

## COMPLAINT

Plaintiff WARREN B. MOSLER, an individual ("**Plaintiff**" or "**Warren Mosler**"), by and through his undersigned counsel, sues JAMES TODD WAGNER, an individual ("**Defendant**" or "**James Todd Wagner**"), and alleges:

## INTRODUCTION

Plaintiff Warren Mosler is an economist, theorist, financial professional, and entrepreneur who was improperly targeted by Defendant James Todd Wagner in a lawsuit entitled *James Todd Wagner, et al. v. Warren Mosler, et al.*, Case No. 50-2012-CA-023358-XXXX-MB, in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "**State Court Lawsuit**"). Following 10 years of litigation and a jury trial in the State Court Lawsuit, the trial judge presiding over the State Court Lawsuit entered a final judgment whereby, among other things, Warren Mosler prevailed on all counts asserted against him by James Todd Wagner. Now, in retaliation for Warren Mosler prevailing at the trial level in the State Court Lawsuit, James Todd Wagner has embarked on a campaign to defame Warren Mosler through webpages and YouTube videos that James Todd Wagner knows will be viewed by persons seeking information about Warren Mosler

1

and other persons. For example, Warren Mosler maintains a webpage at the domain www.WarrenMosler.com. Following James Todd Wagner's defeat at the trial level in the State Court Lawsuit, James Todd Wagner registered the domain WarrenMosler.co (identical to Warren Mosler's domain WarrenMosler.com but without the final "m" in .com). James Todd Wagner did so to knowingly and maliciously publicly defame Warren Mosler following James Todd Wagner's loss in the trial court of the State Court Lawsuit.

## THE PARTIES

1. Warren Mosler is a resident of the U.S. Virgin Islands and is otherwise sui juris.

2. James Todd Wagner is a resident of Broward County, Florida and is otherwise sui juris.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action as Warren Mosler is a citizen of the U.S. Virgin Islands and James Todd Wagner is a citizen of the state of Florida and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. James Todd Wagner is subject to personal jurisdiction in this Court by virtue of James Todd Wagner residing in this judicial district.

5. Venue is proper in this Court as James Todd Wagner resides in this judicial district.

## GENERAL ALLEGATIONS

6. Warren Mosler co-founded AVM L.P., a broker/dealer providing advanced financial services to large institutional accounts and the Illinois Income Investors (III) family of investment funds in 1982. He holds a B.A. in Economics from the University of Connecticut and remains deeply involved in the academic community. He has given presentations at conferences around the world and published numerous articles in economic journals, newspapers, and

2

periodicals. Warren Mosler is one of the leading voices supporting Modern Monetary Theory, a macroeconomic theory. Warren Mosler is also the author of "The Seven Deadly Innocent Frauds of Economic Policy" that has been translated into Italian, Polish, Russian, Spanish, and Arabic. Warren Mosler also founded Mosler Auto Care Center, Inc. ("**MACC**").

7.  James Todd Wagner is an ex-employee of MACC. James Todd Wagner and his entity Supercar Engineering, Inc. ("**SEI**") are plaintiffs in the State Court Lawsuit, which commenced in 2012, against Warren Mosler and MACC.

8.  In May 2023, there was a jury trial of the claims in the State Court Lawsuit.

9.  In September 2024, James Todd Wagner registered the domains WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com.

10. In connection with James Todd Wagner registering the domains WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com, James Todd Wagner created webpages available through those domains and published defamatory statements regarding Warren Mosler on those webpages. Additionally, James Todd Wagner created YouTube channels through which James Todd Wagner published defamatory statements regarding Warren Mosler.

11. On December 13, 2024, Judge Luis Delgado, the trial judge in the State Court Lawsuit, rendered a Final Judgment stating that Warren Mosler prevailed against James Todd Wagner on all claims asserted by James Todd Wagner against Warren Mosler.

**A.   The JudgeX.org Webpages.**

12. On the webpage available through the domain JudgeX.org, James Todd Wagner states, among other things, that "I invented (adapted decades-old statistical math) JudgeX in response to the Godfather of Modern Inflation, Warren Mosler, successfully bribing a Palm Beach County, Florida, circuit court Judge [Judge Luis Delgado] in order to escape from liability in a 12-

3

year-running lawsuit that contained the following elements. *There is recorded (text and video) sworn testimony from several witnesses on all elements listed below.*"

13. Aside from the above false statement that Warren Mosler bribed Judge Delgado (the judge presiding over the State Court Lawsuit), James Todd Wagner makes numerous other false statements through the JudgeX webpages that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity, and the JudgeX webpage makes clear James Todd Wagner's involvement in the publication of such statements.

14. The JudgeX.org webpage contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

a)



b)

4



c)

I invented (adapted decades-old statistical math) JudgeX in response to the Godfather of Modern Inflation, Warren Mosler, successfully bribing a Palm Beach County, Florida, circuit court Judge [Judge Luis Delgado] in order to escape from liability in a 12-year-running lawsuit that contained the following elements.  *There is recorded (text and video) sworn testimony from several witnesses on all elements listed below.*

1. Moving from Boca Raton, FL to St. Croix, USVI to avoid paying USA Taxes on money earned in USA.  *As a secondary feature, the location is approx. 20 miles directly across the water from Epstein Island*.
2. **20+ years of Tax Evasion** via forcing taxpayers to subsidize the construction of 6-figure custom Supercars for Warren Mosler's personal use and gifts to his friends/family/confidants/partners.
3. **Blackmail and Extortion** [holding my $700,000 property hostage until I signed the documents Mosler wanted]
4. **Sabotage** of the engine in the 2012 Mosler RaptorGTR via filling the intake with water after I refused to sign, and implied that I would call the police.
5. Assisting his private attorney <u>get away with Insurance Fraud</u> via hiding evidence of who the victim was for over 5 years (statute of limitations for fraud is 5 years).   Mosler knew I was going to blow the whistle, and sent his Confidant (Vice President) to make Judge Hafele believe that the **7 years of emails NEVER EXISTED**.  Warren Mosler controlled both his personal email server (gmail) and the Mosler Automotive email server.
6. Two instances of a **"Good Faith Deposit Scam"** – no multi-billionaire paying 03.5% tax should be scamming the peasants (me being one of them) out of $100,000 deposits.   <u>Savoring two victims' pain for pleasure / sport.</u>
7. Ruthless defamation as the dumb  gameplan for **theft of my 838hp post-catalysts twinturbo powerplant invention**. 
8. Breach of Contract – of course….Mosler runs a AVM, Ltd (prev Adams Viner and Mosler) and III Capital Management ($57,000,0000,000 Hedge Fund dealing in United States Treasuries and treasury bonds around the world).
9. Perjury – Mosler lying about speaking to a key journalist.  Mosler inducing Perjury in his paid employees/confidants to help Mosler achieve 3 goals in the 12-year-long lawsuit:
    8. Continue hiding (for over 5 years) 18,500 pages of evidence
    9. Claim that he had nothing to do with the Operation of his hobby Supercar company, Mosler Automotive
    10. Claim that Mosler Automotive didn't build th 2012 Mosler RaptorGTR (thus Mosler's defamation was supposedly-truthful)
10. **Ruthless INTIMIDATION** and threats of suing me into bankruptcy unless I bend the knee and surrender my Invention and Exclusive Distributiorships.   *"….then you have to hire a lawyerfor $400/hr to defend yourself until you're broke.  That's the way things work in America."* – Warren Mosler.
    8. visit WarrenMosler.com and WarrenMosler.co
    9. Bloomberg on Warren Mosler  https://www.bloomberg.com/news/articles/2024-07-08/warren-mosler-godfather-of-mmt-says-us-is-spending-too-much

d)

**Warren Mosler Bio:**

- **Godfather of Modern Inflation** – Inventor and global promoter of "Modern Monetary -Theory' ('MMT').
- Founder of $57B Hedge Fund trading gov't bonds; III Capital Management.
- **Insider-advisor to the U.S. Federal Reserve** & several other Fed Banks, the entities whose securities III trades in. *Sworn testimony on this topic.*
- Founder of Mosler Automotive – built vehicles illegally: report being sent to EPA.
- Assisted his personal lawyer in $220,000 **Insurance Fraud** on illegally-built vehicle.
- Moved to St. Croix to avoid paying Federal taxes in 2003. Even so, extensive tax evasion via using Mosler Automotive as a "hobby company" to build vehicles for himself and his family that were **subsidized by taxpayers**.
- Ran for *Democrat President of the United States* in 2012 Election cycle, and is personal friends with Bernie Sanders.
- Bribed a circuit Court Judge, Luis Delgado (from Puerto Rico) to escape $300M+ liability and civil judgement for both fraud and punitive damages.

e) "I invented (adapted decades-old statistical math) JudgeX in response to the Godfather of Modern Inflation, Warren Mosler, successfully bribing a Palm Beach County, Florida, circuit court Judge [Judge Luis Delgado] in order to escape from liability in a 12-year-running lawsuit that contained the following elements"

f) "A bribed Judge is part of a larger criminal act: Theft By Deception, Human Trafficking, Rape, Blackmail / Extortion,… etc When criminals know they have the option to bribe the Judge – criminals will be bolder in their efforts to hurt us. The good guys outnumber the bad guys by 1000:1. JudgeX is a tool for the good guys to mathematically illustrate when <u>Men Like Mosler</u> have perverted the justice system that millions of Americans fought and died to create/protect"

g) "Theft By Deception, Human Trafficking, Rape, Blackmail / Extortion,… etc When criminals know they have the option to bribe the Judge – criminals will be bolder in their efforts to hurt us. The good guys outnumber the bad guys by 1000:1. JudgeX is a tool for the good guys to mathematically illustrate when Men Like Mosler have perverted the justice system that millions of Americans fought and died to create/protect."

**B. The JudgeX.org webpage - https://judgex.org/timeline-of-bribing-judge-luis-delgado/**

15. The JudgeX.org webpage https://judgex.org/timeline-of-bribing-judge-luis-delgado/ contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

a) "Judicial & Court Corruption: Warren Mosler's Bribery of Judge Luis Delgado"

b) "This is a brief timeline of the events surrounding Warren Mosler's bribery of Palm Beach County Circuit Court Judge Luis Delgado"

c) "2023 (January),:Judge Delgado heard the last attempt by Warren Mosler to have the Punitive Damages element removed from the Lawsuit.  This attempt was clearly fraud, as it 'relied upon' case law where the Defendant was a Media Outlet that simply sent out a someone else's statement.  This is called 'republishing', and isn't relevant for Defamation."
   a. "Judge Delgado denied Warren Mosler's request for 'Partial Summary Judgement'".
   b. "This was the correct ruling, and Judge Delgado had not yet been bribed at this point."

d) "2023 (between January and March 30th): Warren Mosler successfully bribed Judge Luis Delgado"

e) "At the time, I had no ideal Judge Delgado had been bribed – so we made cogent arguments."

f) "2023 (May 23rd); Day 9 of Trial. *Then Delgado stripped away the $200million Count by REVERSING HIS OWN   PRE-BRIBE RULING OF JUST 3 MONTHS EARLIER ON THE EXACT SAME BOGUS CASE "MEDIA" LAW.*"

g) "And still, I thought the Judge was simply stupid…I didn't imagine that bribery could happen in America."

h) "Jan 2023 Pre-Bribe (Mosler Loses) Motion for Summary Judgement Against Count 9: Defamation with Punitive Damages"

i) "Jan 2023 Pre-Bribe (Mosler Loses) Motion for Summary Judgement Against Count 9: Defamation with Punitive Damages"[1]

j) "2023 (May 25th):  Day 11 of Trial. *Judge Luis Delgado is bound and determined to not let the Jury see the $200M and $110M Counts.* Judge Delgado can't be too-obvious that he took a bribe, so he allows the Jury to have a chance to give verdict on the remaining 4% of the case value.  <u>Judge Delgado protected Mosler from any major verdict.</u>"

---

[1] This statement is repeated twice.

k)

- First (mid-trial in 2023) Judge Delgado stripped 96% of the value of the 11-year-long lawsuit away from the Jury entirely. Ensuring Mosler couldn't be hit with a $100M+ verdict. This left only 4% for the Jury to decide on.
- Second (in 2024) Judge Delgado stripped away 96% of that 4%. Thus, Warren Mosler's **bribe saved him from 99.8%** of what could have been an over $310,000,000 judgement.
- In total, Judge Delgado stole 99.8% of the Jury's 3-week-long sacrifice, in order to enrich himself.
- **With Cryptocurrency; Judges know THERE IS ZERO PROBABILITY THEY WILL GET CAUGHT.** *Men Like Mosler aren't dumb enough to pass a check such as this:*



**C. The JudgeX.org webpage - https://judgex.org/game-theory-the-nuclear-option/ - which now redirects to: https://judgex.org/kamala-harris-economic-illegal-immigration-policies/**

16. The JudgeX.org webpage https://judgex.org/game-theory-the-nuclear-option/ which now redirects to https://judgex.org/kamala-harris-economic-illegal-immigration-policies/ , contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

a) "How to fight back against judges taking bribes to let Men Like Mosler escape liability for the harm they enjoy delivering to us."

b) "Mosler has the ARTILERY (MONEY) to successfully bribe a new Judge out of Puerto Rico."

c) "As I build these tools to make America fair again, and ensure Mosler doesn't take pleasure in conquering me; the immortal words of Ferris Bueller inhabit my mind: 'If I'm going to get busted [conquered until I'm broke], it's not going to be by a guy like that [Judge-Bribing Tax-Evader who has stolen from all of us].'"

d) "The man controlling your money has executed numerous felonies including Tax Evasion, Flagrant Violation of Clean Air Laws, Blackmail,

8

    Extortion, Aiding in Insurance Fraud, Perjury, and more. Click here to visit Warren Mosler.co"

**D. The JudgeX.org webpage - https://judgex.org/press-release/ which redirects to https://judgex.org/corrupt-judges-court-bribery-statistics/**

17. The JudgeX.org webpage https://judgex.org/press-release/ which redirects to https://judgex.org/corrupt-judges-court-bribery-statistics/ contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

 a) "Corrupt Judges & Court Bribery Statistics: Godfather of Modern Inflation Bribed Judge Luis Delgado"

 b) "Warren Mosler, founder of the $57,000,000,000 Hedge Fund, iiicm.com, bribed a Palm Beach, Florida Judge to escape from $310,000,000+ of compulsory and **punitive damages**.   Removed the Jury."

 c) "JudgeX.org shows how to use this tool, plus proves that Warren Mosler, the man who rebranded 'Warlord Economics' into **'Modern Monetary Theory Scam' ('MMT')** bribed Judge Luis Delgado."

 d) "If blackmail, extortion, perjury, insurance fraud, tax evasion, insider trading, flagrant violation of clean air laws, and judicial bribery intrigue you, please visit **WarrenMosler.co**"

 e) "WarrenMosler.co:  A man who commits felonies for breakfast is shadow-controlling our money and becoming fabulously wealthy from promoting bribery and insider trading to Federal Reserves around the world. We cry at Publix."

**E. The JudgeX.org webpage - https://judgex.org/the-predator-class/**

18. The JudgeX.org webpage https://judgex.org/the-predator-class/ contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

 a) "I am grateful that Warren Mosler's hubris was such that he bribed Judge Luis Delgado to wipe out what would otherwise have been a $300M +

>   Judgement including FRAUD and PUNITIVE DAMAGES for DEFAMATION-FOR-PROFIT."

**F. The JudgeX.org webpage - https://judgex.org/statistical-process-control/**

19. The JudgeX.org webpage https://judgex.org/statistical-process-control/ contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

   a) "Bribed a circuit Court Judge, Luis Delgado (from Puerto Rico) to escape $300M+ liability and civil judgement for both fraud and punitive damages."

   b) "If the assumptions were right-down-the-middle, it would be an immediate revelation that Judge Delgado was bribed, thus these assumptions that favor Judge Delgado / Warren Mosler are employed to drive home that there is no reasonable doubt that Judge Delgado was successfully bribed."

   c) "Given that Judge Luis Delgado from Puerto Rico is intelligent enough to get into law school and pass the Bar exam; it is reasonable to conclude that Judge Delgado was fully aware that he was ruling in favor of Warren Mosler DESPITE THE LAW.  Therefore, the reasonable conclusion is that there is a 100% – 0.00000000001% = 99.999999999% probability that Judge Delgado accepted a bribe from Warren Mosler for the purpose of delivering victory to Mr. Mosler"

   d) "By the decades-old Statistical Process Control analysis, the Judicial Process presided over by Judge Luis Delgado is NOT IN CONTROL.  In other words, Judge Delgado accepted a bribe from a multi-billionaire to remove 99.8% of the value of Jury Trial away from the jury.  This analysis is independent of looking at the specifics of the evidence, but rather looking at the whole of the output of the Judicial process.
   Looking at the specifics of the evidence, there is Zero Probability that Judge Delgado ruled honestly.  The only thing that could possibly induce a Judge, who has a rich lifetime pension from the taxpayers at stake, to issue Orders this way is a bribe"

**G. The JudgeX.org webpage - https://judgex.org/how-to-guide/**

20. The JudgeX.org webpage https://judgex.org/how-to-guide/ contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

   a) "In the Warren Mosler bribe of Judge Luis Delgado; I gave the Judge IMMENSE Benefit-of-the-Doubt. Because Delgado was so brazen in violating the written law SO MANY TIMES, the math still showed a definitive bribe was accepted."

https://judgex.org/how-to-guide/

**H. The WarrenMosler.co webpage - https://warrenmosler.co**

21. The https://warrenmosler.co webpage contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

   a) "How to fight back against judges taking bribes to let Men Like Mosler escape liability for the harm they enjoy delivering to us."

   b) "Find and join forces with other victims of the same (or similar) scam/rape via Outmatched.Org (site in construction, but feel free to email)"

**I. The WarrenMosler.co webpage - https://warrenmosler.co/57b-insider-us-bond-trading/**

22. The https://warrenmosler.co/57b-insider-us-bond-trading/ webpage contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

   a) "9. Bribe at least one Judge; Judge Luis Delgado out of Puerto Rico"

**J. The WarrenMosler.co webpage - https://warrenmosler.co/the-predator-class/**

23. The https://warrenmosler.co/the-predator-class/ webpage contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

    a) "I am grateful that Warren Mosler's hubris was such that he bribed Judge Luis Delgado to wipe out what would otherwise have been a $300M + Judgement including FRAUD and PUNITIVE DAMAGES for DEFAMATION-FOR-PROFIT."

**K. The WarrenMosler.co webpage - https://warrenmosler.co/brief-overview/ which now redirects to https://warrenmosler.co/mosler-legal-dispute/**

24. The https://warrenmosler.co/the-predator-class/ webpage which now redirects to https://warrenmosler.co/mosler-legal-dispute/ contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

    a) "Bribing of Judge Luis Delgado of the 15th Judicial Circuit of Florida to escape from approximately $310,000,000 of compulsory and punitive damages after a 11-year-long lawsuit odyssey."

**L. The WarrenMosler.co webpage - https://warrenmosler.co/spoliation/ which redirects to https://warrenmosler.co/mosler-evidence-hiding/**

25. The https://warrenmosler.co/spoliation/ webpage contains false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

    a) "THIS MAN IS SHADOW-CONTROLLING YOUR MONEY. YOU SHOULD BE TERRIFIED.
- I have done some volunteering (trying to fix the system – see JudgeX.org) in the pursuit of curtailing/eliminating Human Trafficking. Human Trafficking is the PC term for taking little girls from their parents and having them be raped until death (the typical lifespan for a sex-industry little girl is 7 years).
- One of the ways the little girls die is being killed for pleasure by the rapist.

- *Men Like Mosler* take pleasure in the pain of weak souls they dominate.
- It is amusing to Warren Mosler that I was "heartbroken". *Taking pleasure in my pain."*

**M. The WarrenMosler.co webpage - https://warrenmosler.co/proof-of-judicial-bribery/**

26. The https://warrenmosler.co/top-fifty-favorite-warren-mosler-emails-and-documents-chonological-timeline/ webpage contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

a) "At the time, I thought it was just more of the intimidation Mosler had hit me with for years; but I was wrong. Mosler had already bribed Palm Beach Circuit Court Judge Luis Delgado. It wasn't until one year later that I knew for certain that Judge Delgado had been bribed.  Below is PROOF that Judge Delgado accepted a bribe."

b) "Wealthy men who rape trafficked girls routinely bribe judges. Until now, there was no way to prosecute the Judge."

c) "Click Here to see how Statistical Process Control methodology first adopted by the Japanese Car Industry (how Toyota became #1 in quality) can be used to identify when a Judge has taken a bribe. This methodology was co-developed by James Todd Wagner and Yale School of Management Professor, Arthur Swersey."

**N. The WarrenMosler.co webpage - https://warrenmosler.co/proof-of-judicial-bribery/judgex-statistical-analysis-of-judge-luis-delgados-final-orders-delivering-the-win-to-multi-billionaire-mosler/**

27. The https://warrenmosler.co/proof-of-judicial-bribery/judgex-statistical-analysis-of-judge-luis-delgados-final-orders-delivering-the-win-to-multi-billionaire-mosler/ webpage contains false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity.

**O. The Modern Monetary Theory Scam webpage - https://modernmonetarytheory-scam.com/**

28. The https://warrenmosler.co/top-fifty-favorite-warren-mosler-emails-and-documents-chonological-timeline/ webpage contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:



**P. The Modern Monetary Theory Scam webpage - https://modernmonetarytheory-scam.com/the-predator-class/**

29. The https://modernmonetarytheory-scam.com/the-predator-class/ webpage is defamatory and contains the following false and defamatory statements that Warren Mosler bribed the trial judge in the State Court Lawsuit and engaged in illegal activity:

a) "I am grateful that Warren Mosler's hubris was such that he bribed Judge Luis Delgado to wipe out what would otherwise have been a $300M + Judgement including FRAUD and PUNITIVE DAMAGES for DEFAMATION-FOR-PROFIT."
b) "6. Illustrative of the fact that Warren Mosler isn't very intelligent, but is simply an excellent liar and scam orchestrator; Mosler's idea was to destroy my personal reputation while trying to preserve the reputation and public image of the RaptorGTR as the highest power-to-weight hyperexotic of the time."

30. In context and by themselves, all the webpages available through the WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com domains, and their subpages, are defamatory regarding Warren Mosler.

14

**Y.     The YouTube Videos.**

31.     In addition to James Todd Wagner's statements on webpages available through the WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com domains, and their subpages, James Todd Wagner has published YouTube videos making defamatory statements regarding Warren Mosler, which have been viewed numerous times:



32.     However, JudgeX's YouTube Channel was terminated on or about October 17, 2024, for violating YouTube or Google Terms of Service.

15

33. Since then, James Todd Wagner created a second YouTube Channel of Judge X0:



34. Warren Mosler did not bribe Judge Delgado.

35. James Todd Wagner's webpages available through the WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com domains, and their subpages, and James Todd Wagner's YouTube videos, are defamatory regarding Warren Mosler.

36. James Todd Wagner's actions need to be stopped.

37. On October 28, 2024, James Todd Wagner was sent a cease and desist letter that demanded that James Todd Wagner remove defamatory statements from the internet sites. Yet, James Todd Wagner continues to publish the defamatory statements.

38. All conditions precedent to the filing of this lawsuit have been performed, have been waived, or are otherwise excused.

**COUNT I – DEFAMATION PER SE**
**(AGAINST JAMES TODD WAGNER)**

39. Above Paragraphs 1-38 of this Complaint are incorporated by reference and re-alleged herein.

40. Through James Todd Wagner's statements on webpages available through the WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com domains, and their subpages, and YouTube videos, James Todd Wagner has published, and continues to publish, false statements about Warren Mosler bribing the trial judge in the State Court Lawsuit and engaging in illegal activity.

41. James Todd Wagner published the above statements through the above-identified webpages which have been viewed by third parties.

42. Each of the statements are actionable as defamation per se because, when considered alone without innuendo, it charges that Warren Mosler has committed an infamous

crime, tends to subject to Warren Mosler to hatred, distrust, ridicule, contempt, or disgrace, and/or tends to injure Warren Mosler in his trade or profession.

43. James Todd Wagner, at all times, acted with actual malice and knew that the statements would cause substantial harm to Warren Mosler.

44. James Todd Wagner knew of the falsity of these statements or acted with reckless disregard as to the falsity, yet continues to make them through the webpages and through YouTube videos.

45. James Todd Wagner's actions exceed being merely knowing or reckless acts, but are clearly deliberate, even wanton acts.

46. James Todd Wagner's publication of the statements to third parties is unprivileged and there is no qualified or unqualified privilege available to James Todd Wagner.

47. James Todd Wagner's publication of the statements damaged Warren Mosler and damaged his reputation and James Todd Wagner is liable for monetary damages, compensatory damages, special damages, nominal damages, and punitive damages.

WHEREFORE, Plaintiff respectfully demands a judgment in his favor and against Defendant for monetary damages, compensatory damages, special damages, nominal damages, punitive damages, together with pre-judgement and post-judgment interest and costs, preliminarily and permanently enjoining Defendant from further defaming Mosler, and awarding any other and further relief that this Court deems just and proper.

**COUNT II – UNAUTHORIZED PUBLICATION OF NAME OR LIKENESS – FLA. STAT. § 540.08
(AGAINST JAMES TODD WAGNER)**

48. Above paragraphs 1-38 of this Complaint are incorporated by reference and re-alleged herein.

49. James Todd Wagner registered the domains warrenmosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com.

50. James Todd Wagner is publicly using the domains warrenmosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com for purposes of trade, commercial, and advertising purposes.

51. James Todd Wagner's domain warrenmosler.co publicly publishes, prints, displays, and otherwise uses the name of Warren Mosler, the Plaintiff in this case.

52. James Todd Wagner intentionally used Warren Mosler's name for the domain warrenmosler.co because James Todd Wagner is seeking to advertise James Todd Wagner's JudgeX product, James Todd Wagner is seeking to damage Warren Mosler's reputation, and James Todd Wagner has a bad faith intent to damage Warren Mosler by confusing persons who are seeking to go to Warren Mosler's domain warrenmosler.com.

53. The webpages available through the WarrenMosler.co, JudgeX.org, and ModernMonetaryTheory-Scam.com domains, and their subpages, and James Todd Wagner's YouTube videos at the JudgeX and Judge X0 channels, publicly publish, print, display, and otherwise use the name, portrait, photograph, and other likeness of Warren Mosler because James Todd Wagner is seeking to advertise James Todd Wagner's JudgeX product, James Todd Wagner is seeking to damage Warren Mosler's reputation, and James Todd Wagner has a bad faith intent to damage Warren Mosler by confusing persons who are seeking to go to Warren Mosler's domain warrenmosler.com.

54. Warren Mosler has not orally consented, and has not consented in writing, to James Todd Wagner publicly publishing, printing, displaying, and otherwise using Warren Mosler's name, portrait, photograph, and other likeness of Warren Mosler.

55. Warren Mosler has no adequate remedy at law and if James Todd Wagner's actions are not enjoined then Warren Mosler will continue suffer irreparable harm.

56. Under Fla. Stat. § 540.08, Warren Mosler is entitled to, and hereby seeks to, enjoin James Todd Wagner's unauthorized publication, printing, display or other public use of Warren Mosler's name, portrait, photograph, and other likeness of Warren Mosler, and to recover damages for any loss or injury sustained by reason thereof, including an amount which would have been a reasonable royalty, and punitive or exemplary damages.

WHEREFORE, Plaintiff respectfully demands a judgment in his favor and against Defendant for monetary damages, statutory damages, compensatory damages, special damages, nominal damages, punitive damages, together with pre-judgement and post-judgment interest and costs, preliminarily and permanently enjoining James Todd Wagner's unauthorized publication, printing, display or other public use of Warren Mosler's name, portrait, photograph, and other likeness of Warren Mosler, and awarding any other and further relief that this Court deems just and proper.

Dated:   January 6, 2025

Respectfully submitted,

By: /s/Steven D. Weber
Steven D. Weber
Florida Bar No. 47543
steve@weberlawpa.com
service@weberlawpa.com
**WEBER LAW, P.A.**
777 Brickell Avenue
Suite 500
Miami, FL 33131
Tel: 305-377-8788

*Counsel for Plaintiff*