UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff,*

v.

**JAMES TODD WAGNER**,

    *Defendant.*

_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.  Defendant James Todd Wagner's response to the Complaint was due on January 28, 2025. [ECF No. 4].  To date, Defendant has failed to answer or otherwise respond.  Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **February 19, 2025**, that includes the certificate of service indicating that notice was sent to the Defendant, including the address to which it was sent.  Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida this January 29, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record