UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff,*

v.

**JAMES TODD WAGNER**,

    *Defendant.*

_____/

**ORDER**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Vacate Order on Default Procedure and Deadline Therein (the "Motion") [ECF No. 6], filed on February 3, 2025. Plaintiff represents that Defendant is contesting Plaintiff's service and it appears that the process server served Defendant's father instead of Defendant, so Plaintiff requests that the Court vacate the Court's Order on Default Procedure [ECF No. 5] and the deadline to submit a motion for entry of Clerk's default therein, such that Plaintiff may continue attempts to serve Defendant. [ECF No. 6 ¶ 12]. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 6**] is **GRANTED**. The Court's Order on Default Procedure [**ECF No. 5**] is **VACATED**.

**DONE AND ORDERED** in the Southern District of Florida this February 4, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record