**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-CV-60022-LEIBOWITZ/AUGUSTIN-BIRCH**

**WARREN MOSLER,**

      **Plaintiff,**

**v.**

**JAMES TODD WAGNER,**

      **Defendant.**

_____/

## ORDER ENTERING CONFIDENTIALITY ORDER

This matter comes before the Court on the parties' competing proposals for the content of a Confidentiality Order to apply in this litigation. *See* DE 45; DE 46. The Court has thoroughly reviewed both proposals. The Court understands that the parties' primary disagreement over the content of a Confidentiality Order is whether the party designating a document as confidential must move to have the designation remain or whether the party challenging a confidentiality designation must move to have the designation removed. Every confidentiality order that the Court has encountered during its experience on the bench has adopted the latter approach—the party challenging a confidentiality designation must move to have the designation removed. The Court has never encountered a confidentiality order that required a party to move every time the party sought to designate a document as confidential, and the Court believes that such an approach would be onerous for both the parties and the Court.

The Court enters the Confidentiality Order attached to this Order. The Court is aware that the Confidentiality Order provides for a designation of "Highly Confidential Attorneys' Eyes Only" for certain material. However, as the individuals eligible to view material with such a designation include the parties themselves, the Court does not consider the designation to be

prejudicial to any *pro se* party.  The parties must comply with the attached Confidentiality Order and must comply with the Order Setting Discovery Procedures at docket entry 21 for any discovery disputes, including disputes over confidentiality designations.

       **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of June, 2025.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE