UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER,**

    **Plaintiff,**

v.

**JAMES TODD WAGNER,**

    **Defendant.**

_____/

**ORDER DENYING WITHOUT PREJUDICE**
**DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS**

This case comes before the Court on Defendant James Todd Wagner's Motion to Compel. DE 52.  The Motion to Compel does not comply with the Court's Order Setting Discovery Procedures for various reasons, including that Defendant did not schedule a discovery hearing before filing it and that it violates the three-page limitation and does not include a conferral certification.  The Motion to Compel [DE 52] is therefore **DENIED WITHOUT PREJUDICE**. The Court has repeatedly warned Defendant about compliance with the Order Setting Discovery Procedures and also has repeatedly warned Defendant that non-compliance may result in sanctions. The Court gives Defendant this final warning that he must comply with the Order Setting Discovery Procedures and all other Court Orders.  Failure to do so may result in sanctions, including monetary sanctions.

This case also comes before the Court on Defendant's Motion for Sanctions.  DE 53. Defendant seeks sanctions against Plaintiff Warren Mosler's counsel for misrepresentations that counsel purportedly made to the Court during a May 22 discovery hearing.  In the Motion for

Sanctions, Defendant is only able to paraphrase the purported misrepresentations based on his recollection, having not obtained a transcript of the hearing to enable him to provide accurate quotations. *See id.* at 2–3. If Defendant seeks relief based on representations made during a hearing, he must attach to his motion a copy of the transcript from the hearing and point the Court to the specific pages and lines that are at issue. Defendant may order transcripts by contracting the Southern District of Florida's transcript office. Defendant's Motion for Sanctions [DE 53] is **DENIED WITHOUT PREJUDICE**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 30th day of June, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE