UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff*,

v.

**JAMES TODD WAGNER**,

    *Defendant*.

_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on *pro se* Defendant's Motion for 10-Day Extension of Time to Respond to Plaintiff-Mosler's Motion for Partial Summary Judgment and Permanent Injunction (the "Extension Motion") [ECF No. 174] and Defendant's Motion for Issuance of "Final Judgment" on Defendant's Counterclaim in an Appealable Form (the "Final Judgment Motion") [ECF No. 175], both filed on October 7, 2025.

First, the Court will grant the Extension Motion for good cause shown and because Defendant represents that Plaintiff does not oppose it. [ECF No. 174 at 1–2].

However, the Court will deny the Final Judgment Motion. Defendant essentially asks for a Rule 54(b) partial final judgment as to this Court's June 24, 2025, Order, which dismissed Defendant's counterclaim without leave to amend. [ECF No. 48 at 7]. Defendant unsurprisingly cites no authority for this extraordinary remedy. *See Ebrahimi v. City of Huntsville Bd. of Educ.*, 114 F.3d 162, 166 (11th Cir. 1997) (noting that Rule 54(b) certifications "must be reserved for the unusual case" and that "such circumstances will be encountered only rarely"). Defendant has provided no authority or argument as to why there is "no just reason for delay." *See* Fed. R. Civ. P. 54(b). The Court heeds the Eleventh

Circuit's instruction that this Rule be invoked "conservatively" for the "unusual" circumstance; this is not such a case.  *See Ebrahimi*, 114 F.3d at 166.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Extension Motion [**ECF No. 174**] is **GRANTED**.  Defendant may file a response to Plaintiff's Motion for Partial Summary Judgment and Permanent Injunction [ECF No. 166] **no later than November 4, 2025**.  It is further **ORDERED AND ADJUDGED** that the Final Judgment Motion [**ECF No. 175**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on October 8, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:	counsel of record
	James Todd Wagner, *pro se*
	825 Hood Rd. #315
	Mineral Wells, TX 76067
	Email: j.todd.wagner@gmail.com