UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff*,

v.

**JAMES TODD WAGNER**,

    *Defendant.*

_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant's Motion to Supplement Docket Entry 183 with Missing Exhibits (the "Motion") [ECF No. 187], filed on November 12, 2025. In the Motion, Defendant seeks to supplement his Response to Plaintiff's Statement of Material Facts with two inadvertently omitted exhibits. [*Id.* ¶¶ 1–2]. These exhibits are excerpts of webpages from the Federal Election Commission and Wikipedia. [*Id.* at 5–32]. However, neither of these two exhibits can nor will be considered by the Court for the purposes of summary judgment resolution. *See* Fed R. Civ. P. 56(c); *Bennett Coll. v. S. Ass'n of Colls. & Schs. Comm'n on Colls., Inc.*, 474 F. Supp. 3d 1297, 1311–12 (N.D. Ga. 2020) ("[A plaintiff] cannot rely on unsupported inferences from a single online source to create a genuine issue of material fact sufficient to overcome summary judgment." (citations omitted)).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 187**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on November 14, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
James Todd Wagner, *pro se*
825 Hood Rd. #315
Mineral Wells, TX 76067
Email: j.todd.wagner@gmail.com