UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff*,

*v.*

**JAMES TODD WAGNER**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on *pro se* Defendant's Motion for Summary Judgment (the "Motion") [ECF No. 191], filed on November 18, 2025. On April 23, 2025, this Court entered its Scheduling Order, setting the deadline for motions for summary judgment to October 3, 2025. [ECF No. 20 at 2]. The Court's Scheduling Order has not, nor has this deadline, been amended. Yet, Defendant filed the Motion on this date, failing to seek a timely extension and failing to explain why the Motion is more than one month overdue. Although Defendant is *pro se*, Defendant "is required to comply with procedural rules," which includes court rules and orders, the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida. *Smith v. Bower*, No. 23-cv-21651, 2023 WL 11910854, at *2 (S.D. Fla. May 5, 2023) (citing *Smith v. Miami-Dade Cnty.*, 621 F. App'x 955, 962 (11th Cir. 2015)); *DeVore v. Nw. Fla. State Coll.*, No. 24-11068, 2025 WL 831510, at *5 (11th Cir. Mar. 17, 2025) ("We require all *pro se* litigants to comply with court rules and orders." (citations omitted)).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 191**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on November 20, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
James Todd Wagner, *pro se*
825 Hood Rd. #315
Mineral Wells, TX 76067
Email: j.todd.wagner@gmail.com