UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff*,

v.

**JAMES TODD WAGNER**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Set Aside Obligation to File Joint Statement of Undisputed Facts or Motion for Extension of Time to File the Same (the "Motion") [ECF No. 194], filed on December 3, 2025.  In the Motion, Plaintiff asserts that the parties cannot agree to a joint statement of undisputed facts.  [*See id.* ¶¶ 6–9].  As such, Plaintiff asks this Court to set aside the requirement to file a joint statement of undisputed facts or, alternatively, allow an extension to file it.  [*Id.* at 3–5].  The Court fully expects the parties to amicably come to an agreement and file a joint statement of undisputed facts.  Therefore, an extension will be granted.  If the parties still cannot agree by the new deadline, Plaintiff may renew its request to set aside the requirement.

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 194**] is **GRANTED IN PART AND DENIED IN PART**.  The parties shall file a joint statement of undisputed facts as required by the Court's April 23, 2025, Scheduling Order [ECF No. 20 at 4] **no later than December 10, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on December 3, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record
        James Todd Wagner, *pro se*
        825 Hood Rd. #315
        Mineral Wells, TX 76067
        Email: j.todd.wagner@gmail.com