UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff*,

*v.*

**JAMES TODD WAGNER**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Set Aside Obligation to File Joint Statement of Undisputed Facts (the "Motion") [ECF No. 202], filed on December 10, 2025. On December 3, 2025, this Court granted an extension for the parties to file a joint statement of undisputed facts. [ECF No. 195]. In that Order, the Court stated that if the parties cannot agree, Plaintiff may renew its request to set aside this requirement. [*Id.* at 1]. Plaintiff now renews its request, representing that "Defendant will not agree to a statement of facts already marked as undisputed[.]" [ECF No. 202 at 2 ¶ 8]. Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 202**] is **GRANTED**.

**DONE AND ORDERED** in the Southern District of Florida on December 12, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        James Todd Wagner, *pro se*
        825 Hood Rd. #315
        Mineral Wells, TX 76067
        Email: j.todd.wagner@gmail.com