UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,

    *Plaintiff*,

*v.*

**JAMES TODD WAGNER**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Notice of Severe Car Accident and Motion for Pause in All Activities and Deadlines Until February 1, 2026 (the "Motion") [ECF No. 207], filed on January 6, 2026.  Defendant asserts that he has been severely injured in a car accident and seeks to stay "all filing demands until February 1, 2026." [*Id.* at 1].  Plaintiff does not oppose an extension of the relevant deadlines to file trial preparation materials until February 1, 2026.  [ECF No. 208 at 1–2].  To the extent Defendant seeks an indefinite stay of this action, that is DENIED.

Accordingly, upon due consideration and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 207**] is **GRANTED IN PART AND DENIED IN PART**.  The parties shall file the trial preparation materials **no later than February 1, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on January 12, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        James Todd Wagner, *pro se*
        825 Hood Rd. #315
        Mineral Wells, TX 76067
        Email: j.todd.wagner@gmail.com