UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

**WARREN MOSLER**,
    *Plaintiff*,

v.

**JAMES TODD WAGNER**,
    *Defendant*.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Additional Motion to Plaintiff's Response to Notice of Severe Car Accident and Motion for Pause in All Activities and Deadlines Until February 28, 2026 (the "Motion") [ECF No. 217], filed on January 22, 2026. Defendant seeks an extension to file trial preparation materials until February 28, 2026. [*Id.* at 1]. Plaintiff does not oppose an extension of the relevant deadlines, but states that Defendant's doctor's note permits Defendant to resume normal schedule on February 13, 2026. [ECF No. 208 at 1–2]. The Court agrees and will grant a limited extension. To the extent Defendant seeks a longer extension, that is DENIED.

Accordingly, upon due consideration and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 217**] is **GRANTED IN PART AND DENIED IN PART**. The parties shall file the trial preparation materials **no later than February 13, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on January 26, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        James Todd Wagner, *pro se*
        825 Hood Rd. #315
        Mineral Wells, TX 76067
        Email: j.todd.wagner@gmail.com