**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-CV-60022-LEIBOWITZ/AUGUSTIN-BIRCH**

**WARREN MOSLER,**

      **Plaintiff,**

**v.**

**JAMES TODD WAGNER,**

      **Defendant.**

_____/

**REPORT AND RECOMMENDATION TO DENY**
**AN AWARD OF APPELLATE ATTORNEY'S FEES**

This matter comes before the Court upon review of the record.  Plaintiff Warren Mosler

previously succeeded in obtaining the dismissal of Defendant James Wagner's premature appeal.

DE 181 (Eleventh Circuit mandate issued October 24, 2025).  Plaintiff then moved the Eleventh

Circuit to have consideration of appellate attorney's fees transferred to the Southern District of

Florida, and the Eleventh Circuit granted Plaintiff's motion.  DE 200 (Order filed December 10,

2025, granting motion).  The Honorable David S. Leibowitz, United States District Judge, referred

the matter of appellate attorney's fees to the undersigned United States Magistrate Judge.  DE 205.

Since that time, Plaintiff has not filed any motion for appellate attorney's fees.  This

District's Local Rules require a motion for attorney's fees to "be filed and served within sixty (60)

days of the entry of the final judgment or order giving rise to the claim."  S.D. Fla. L.R. 7.3(a)(1).

Plaintiff did not move for appellate attorney's fees within sixty days of the Eleventh Circuit's

mandate or even within sixty days of the Eleventh Circuit's Order transferring the matter of

appellate attorney's fees to this District.  Due to Plaintiff's failure to file a timely motion, the Court

**RECOMMENDS** that Plaintiff be **DENIED** appellate attorney's fees.

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(a).  The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2014).

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 17th day of February, 2026.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE