UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

**Case No. 0:25-CV-60022-DSL**



Warren B. Mosler,

Plaintiff / Counterdefendant,

v.

James Todd Wagner,

Defendant / Counterplaintiff.

_____/

## MOTION FOR RECONSIDERATION ON ORDER DE-268: GRANTING SUMMARY JUDGEMENT TO PLAINTIFF-WARREN B. MOSLER ON ALL ISSUES HE WANTED

Defendant/Counterclaimant James Todd Wagner, appearing *pro se*, respectfully requests the Court reconsider its order granting Plaintiff-Mosler's Motion for Summary Judgement and Permanent Injunction.

### BACKGROUND TO THE REQUEST FOR RECONSIDERATION

The issue of "Truth" has been the central defense to Mr. Mosler's defamation per se claim (Affirmative Defenses 1, 2 & 3).   Mr. Mosler ran for President of the United States of America, numerous other government offices, and appears in hundreds of blogs promoting "Modern Monetary Theory" – which promotes money-printing (which

generates inflation and wealth reduction for those not on the receiving end of the printed money). A jury would find that Mr. Mosler is a Public Figure.

Defendant-Wagner asserted the following, which the Court may have overlooked when finding that *"It is undisputed that Plaintiff did not bribe Judge Delgado"* DE-268 pg 7.

a. *From Answer to Amended Complaint (underlines added):*

<u>Answer to ¶ 12</u>: JAMES admits Judge Luis Delgado issued a Final Judgment on December 13, 2024, but denies that this judicial action "clears" MOSLER, because <u>bribery corrupted</u> the generation of the Final Judgement.

b. *From Answer to Amended Complaint pg 12 (underlines added):*

    r. <u>Bribery of a Circuit Court Judge</u> per Florida Statutes §895.02(1)(a), § 838.015 and § 838.016.

c. *From Answer to Amended Complaint pg 13 (underlines added):*

10. **<u>Newsworthiness Defense</u>**: Defendant JAMES asserts that his statements on WarrenMosler.co, JudgeX.org, ModernMonetaryTheory-Scam.com, and related YouTube videos constitute newsworthy commentary on matters of public concern, specifically judicial corruption and economic policy impacts tied to Plaintiff MOSLER's advocacy of Modern Monetary Theory (MMT). These statements address <u>MOSLER's</u> alleged bribery of Judge Luis Delgado in the State Court Lawsuit (Case No.

d. *From pro se Counterclaim (pg 18), which the Court reviewed and dismissed off-the-bat <u>without the opportunity to Amend</u> (underlines added):*

13.     MOSLER's array of wrongdoings have been subject to the 2012-LAWSUIT through December 13, 2024; wherein <u>MOSLER's bribery of Judge Luis Delgado finalized Civil Theft</u> of JAMES's property, some of which was owned by JAMES's 100%-owned company, SEI.

e. *From pro se Counterclaim (pg 19), which the Court reviewed and dismissed off-the-bat <u>without the opportunity to Amend</u> (underlines added):*

19.     MOSLER, leveraging his $2 billion net worth and control over AVM ($500M+ annual revenue) and III-CM ($57B+ under management), <u>bribed Judge Luis Delgado to illegally strip away this verdict</u> with the **<u>fake justification</u>** that there is *"no evidence nor possible inference in a light most favorable to plaintiffs."*

   a. Judges are required to adhere to the law, and in this case <u>billionaire-bribery</u> induced Judge Delgado to ignore the obvious fact that there is a mountain of evidence inside the 3500+ pages of trial testimony and admitted exhibits.

   *f.  From Response to Mtn for Summary Judgement [DE-182] pg 1 – 2.*

- **Plaintiff** is a Public Figure.

- **Defendant** is a Journalist.

- **Defendant** is a Whistleblower.

              **1**      Response to Plaintiff's Motion for Summary Jugement

---

Case 0:25-cv-60022-DSL   Document 182   Entered on FLSD Docket 10/31/2025   Page 2

- Plaintiff has zero damages and ***can't identify anything in the websites that is false***.

- Plaintiff's string of FOURTEEN [14] Felonies in the website indicates that Mr. Mosler would <u>not hesitate to bribe</u> a young, Peruvian Judge to escape a $310million judgement.

*\*\*\*The only discovery allowed for Defendant was deposition of Warren B. Mosler, whereby he <u>**testified**</u> (and was filed with the Court [DE-145] pg 34) as follows:*

Q You're not answering the question again Mr. Mosler, respectfully. I want you to confirm or deny your own personal memory as you sit here today, is it true that as you sit here today, not from documents, but as you sit here today from your own memory, do you or do you not remember anything that is false from the JudgeX.org or WarrenMosler.Co or ModernMonetaryTheory-Scam.com websites?

MR. WEBER: Objection, asked and answered.

THE WITNESS: I don't feel comfortable relying on my memory for those things, so...

BY MR. WAGNER:

Q Can you give me a yes or no answer?

MR. WEBER: Objection, asked and answered.

THE WITNESS: I don't think so. I don't understand the question well enough to give you a yes or no answer.

*Deposition of Warren B. Mosler June 10, 2025 pg 41 ln 4 - 13*

From your memory, as you sit here today, what if anything do you recall from any of the JudgeX.org or WarrenMosler.Co or ModernMonetaryTheory-Scam.com websites that is false?

MR. WEBER:  Objection, asked and answered.

THE WITNESS:  I don't recall specifics from the website.

BY MR. WAGNER:

Q    Okay.  Thank you, Mr. Mosler.  I really appreciate that.

***The ONLY assertion that there is anything false within the websites sued-upon comes from attorney, Steven D. Weber, who has asserted to the Florida State court that anything up to and including bribery of a judge is ALLOWABLE under the doctrine of "litigation privilege".   There is ZERO sworn testimony [actual evidence] that Warren B. Mosler did not bribe Judge Luis Delgado.

g. *From Response to Mtn for Summary Judgement [DE-182] pg 3.*

## II. PLAINTIFF'S DECEPTION OF THE COURT – A FRAUDULENT MISREPRESENTATION SHIELDED BY LITIGATION PRIVILEGE, BUT STILL A CENTRAL LIE THAT DEMANDS DENIAL OF THE MOTION

The brazen deception at the heart of Plaintiff's Motion: Through his criminally-minded attorney Steven D. Weber, Mosler fraudulently asserts that there is "no dispute of fact" that Defendant's domain registrations and website content "constitute malicious defamation per se" (DE-166, p. 1)—implying, outrageously, that Defendant somehow agrees or concedes this point. This is a flat-out lie, a deliberate misrepresentation designed to deceive the Court and railroad this case to summary judgment without a trial. Warren Mosler wishes to circumvent Defendant's constitutionally-protected JURY trial via asserting these deceptions.

Defendant has never agreed to any such thing; in fact, every filing, including this Response, vigorously disputes the falsity, malice, and defamatory nature of Mr. Mosler's premediated misrepresentations. This deception exemplifies how Mr. Mosler and Mr. Weber abuse Florida's litigation privilege—**claiming in court filings that it shields even the criminal act of bribery.**

h. *From Response to Mtn for Summary Judgement [DE-182] pg 7 [second underline added – first underline was included in the filling]*

Yet, through his SLAPP suit (and present MSJ), Mr. Mosler seeks to muzzle Defendant's three websites (JudgeX.org, WarrenMosler.co, and ModernMonetaryTheory-Scam.com) and COLLECT DAMAGES to silence a journalist and whistleblower. The 124-page JudgeX analysis proves that **Defendant believes the truth** of the investigative reporting statement that billionaire Warren B. Mosler bribed Judge Luis Degado.

> i. *From Response to Plaintiff-Mosler's Statement of Material Facts [DE-183] pg 3.*

8. **Disputed.**   James Todd Wagner, **an investigative journalist**, made this statement reporting upon the reasonable conclusions of both logic and JudgeX statistical analysis that Warren Mosler did bribe Judge Luis Delgado.   Defendant did not publish the JudgeX0 YouTube videos to the Internet.   ECF No. 13-1 pg 1, 3, 14, 15, 28.

## ERRANT FINDINGS FROM THE COURT BASED UPON THE RECORD

*From Order GRANTING Mosler's Motion for Summary Judgement [DE-268] dated May 21, 2026; pg. 7 ¶ 1:*

Second, falsity. "A statement (or any implication thereof) cannot be defamatory if the gist or the sting of the statement is true." *Utterback v. Morris*, No. 24-12947, 2025 WL 1455900, at *6 (11th Cir. May 21, 2025) (cleaned up).  To defeat summary judgment here, Wagner would need to show a dispute of fact that the bribery allegations were, in fact, true.  He has not done so.  It is undisputed

*Continuing on Court Order DE-269 pg. 7 ¶ 1:*

It is undisputed

that Plaintiff did not bribe Judge Delgado.

## TRUTH OF THE BRIBERY OF JUDGE LUIS DELGADO IS THE CENTRAL MATERIAL FACT: AND THIS FACT IS IN VERY CLEAR DISPUTE

As shown by Plaintiff's sworn testimony above, even Plaintiff does not dispute the TRUTH of the data within the websites sued upon.  The assertions of an attorney is not testimony, and must not be considered so.  The only possible path to concluding that "Plaintiff did not bribe Judge Delgado" is via taking the arguments of Steven D. Weber (an attorney who

has on the record asserted that bribery of a judge is allowable under the doctrine of "litigation privilege") to be sworn testimony.   ARGUMENT FROM AN ATTORNEY IS NOT TESTIMONY.

## CONCLUSION AND PRAYER FOR RELIEF

*Pro se* Defendant, James Todd Wagner, respectfully requests that this Court reverse its unevidenced proclamation that *"Plaintiff did not bribe Judge Delgado"*; and remand this issue to jury trial as properly-demanded by Defendant.

Respectfully submitted this 22nd day of May 2026; in remembrance of the millions of brave men who died in the mud so we could be free to do good in this world [or bribe judges] as it may be.

James Todd Wagner, *pro se*  Defendant/Counterplaintiff
620 County Road 413 #2  Spicewood, TX 78667
phone: (203)668-3904
email: j.todd.wagner@gmail.com

## CERTIFICATE OF CONFERRAL AND SERVICE

I, James Todd Wagner, certify that I have conferred with Steven Weber on the topics described herein on May 22, 2026 via phone.  On May 22, 2025, I signed and mailed this Motion to Dismiss Plaintiff's Motion for Summary Judgement to the United States District Court for filing in Case No. 0:25-cv-60022-DSL.   Service upon Warren Mosler was not performed by me directly, as I am relying on the court's filing system to effectuate notice to the Plaintiff pursuant to Federal Rules of Civil Procedure Rule 5, given my pro se status and mail-delivery to the court clerk.

Dated this 22nd day of May 2026:

James Todd Wagner, *pro se*  Defendant/Counterplaintiff

9    Motion for Reconsideration on Court Order [DE-268] Granting Motion for Summary Judgement



Case 0:25-cv-60022-DSL   Document 270   Entered on FLSD Docket 05/27/2026   Page 11 of 11

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELO
POSTAGE REQUIRE

FSC
MIX
Board
FSC® C116916

PAPER
POUCH
how2recycle.info



# UNITED STATES POS

Retail

## PRIORITY®

UNITED STATES
POSTAL SERVICE.

US POSTAGE PAID

Origin: 78669
05/22/26
4885500669-02

$12.90

PRIORITY MAIL®

0 Lb 5.60 Oz

RDC 03

- Expected delivery d
- Domestic shipments
- USPS Tracking® sen
- Limited international
- When used internatio

stinations.

*Insurance does not cover ce
Domestic Mail Manual at *http*
** See International Mail Manu

EXPECTED DELIVERY DAY:  05/26/26

C040

e.

e Pickup,

**FLAT RATE**
ONE RATE ■ ANY WE

SHIP
TO:
STE 108
299 E BROWARD BLVD
FORT LAUDERDALE FL 33301-1922

USPS TRACKING® #

**TRACKED** ■

9505 5148 2907 6142 6457 60

PS00001000014

**FROM:**

JAMES WABNER
620 County Road 413 #2
Spicewood, TX 78669

**TO:**

United States Federal
299 E. Broward
Rm 108
Fort Lauderdale, FL
33301