UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH

WARREN MOSLER,

    *Plaintiff,*

*v.*

JAMES TODD WAGNER,

    *Defendant.*

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Plaintiff's Motion in Limine [ECF No. 279] (the "Motion"), filed on July 10, 2026.  Under the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. FLA. L.R. 7.1(c).  *Pro se* Defendant James Todd Wagner has failed to respond to the Motion in violation of the Southern District of Florida's Local Rules.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that no later than **August 5, 2026**, Defendant shall file an opposing memorandum of law to the Motion ***and*** shall show cause in writing why the Motion should not be granted by default.  Failure to respond may result in the Motion being granted by default *without further notice*.

**DONE AND ORDERED** in the Southern District of Florida on July 27, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record
           James Todd Wagner, *pro se*
           620 County Road 413 Unit #2
           Spicewood, TX 78669
           Email: j.todd.wagner@gmail.com