**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH**

**WARREN MOSLER**,

*Plaintiff*,

*v.*

**JAMES TODD WAGNER**,

*Defendant*.

_____/

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on *pro se* Defendant James Todd Wagner's ("Defendant") Response to Order to Show Cause [ECF No. 298], filed August 13, 2026.  On July 27, 2026, the Court ordered Defendant to show cause why he failed to respond to Plaintiff's Motion in Limine [ECF No. 279] and to do so by August 5.  [ECF No. 294 (the "Order to Show Cause")].  Defendant responded to the Order to Show Cause and the Motion in Limine eight days late, on August 13.  [ECF Nos. 297, 298].  In his response to the Order to Show Cause, Defendant states that he had significant surgery on July 31 and has been recovering.  [ECF No. 298 at 1].  Accordingly, and given Defendant's status as a *pro se* litigant, it is hereby **ORDERED AND ADJUDGED** that the Order to Show Cause [**ECF No. 294**] is **DISCHARGED**.  Defendant's response to the Motion in Limine [**ECF No. 297**] is accepted.  Plaintiff may file a reply in support of its Motion in Limine **no later than August 20, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on August 13, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record
James Todd Wagner, *pro se*
620 County Road 413 Unit #2
Spicewood, TX 78669
Email: j.todd.wagner@gmail.com