**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH**

**WARREN MOSLER**,

*Plaintiff*,

*v.*

**JAMES TODD WAGNER**,

*Defendant*.

______________________________/

# ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Seal [ECF No. 300], filed August 17, 2026. Plaintiff states that Defendant improperly filed Plaintiff's personal financial information on the public docket in violation of the Confidentiality Order [ECF No. 47-1]. [ECF No. 300 ¶ 1]. The Motion is unopposed. [*Id.* ¶ 3].

The Court finds good cause to seal Plaintiff's personal financial information. *See, e.g.*, *Hett v. Barron-Lunde*, 290 So. 3d 565, 570–71 (Fla. 2d DCA 2020) ("[P]ersonal financial information is afforded protection under the fundamental right to privacy found in Article I, section 23, of the Florida Constitution."); *Local Access, LLC v. Peerless Network, Inc.*, 2015 WL 5897743, at *1 (M.D. Fla. Oct. 7, 2015) ("A party's interest in the privacy of its financial records and the terms of confidential agreements oftentimes outweighs the public's right of access.").

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 300**] is **GRANTED**. The ***Clerk*** is *directed* to **SEAL** [ECF No. 297] from the public docket.

**DONE AND ORDERED** in the Southern District of Florida on August 17, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Sealed Clerk
James Todd Wagner, pro se
620 County Road 413 Unit #2
Spicewood, TX 78669
Email: j.todd.wagner@gmail.com