**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH**

**WARREN MOSLER,**

*Plaintiff*,

*v.*

**JAMES TODD WAGNER,**

*Defendant*.
_____________________________/

**ORDER**

The Court held a pretrial conference in this case on October 15, 2026. [*See* ECF No. 307]. The Court made rulings at the conference which are memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Objections to Series of Magistrate Judge's Discovery Orders Pursuant to Fed. R. Civ. P. 72(A) **[ECF No. 161]** are **OVERRULED**.
2. Defendant's Motion to Vacate Unethically-Filed Pre-Trial Documents **[ECF No. 291]** is **DENIED**.
3. Plaintiff's Motion *In Limine* **[ECF No. 279]** is **GRANTED IN PART AND DENIED IN PART**. Specifically, Plaintiff's first, third, fourth, fifth, sixth, ninth, tenth, eleventh, twelfth, and fourteenth motions *in limine* are GRANTED. Plaintiff's second, seventh, eighth, thirteenth, and fifteenth motions *in limine* are DENIED *without prejudice*. The Court will consider those objections on a case-by-case basis at the upcoming evidentiary hearing.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2026.



**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record