**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-60022-LEIBOWITZ/AUGUSTIN-BIRCH**

**WARREN MOSLER,**

*Plaintiff*,

*v.*

**JAMES TODD WAGNER,**

*Defendant*.
______________________________/

**ORDER**

The Court held a bench trial in this case on October 27, 2026. [*See* ECF No. 317]. The Court made rulings on the record which are memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's "Notice of Jury Trial Demand, Objection to Bench Hearing on Damages, and Requested Relief of Preserving Previously-Demanded Jury Trial" **[ECF No. 310]**, which the Court interprets as a motion to vacate the Court's sanctions order [ECF No. 309] is **DENIED**.

2. **No later than November 27, 2026**, each party shall file proposed findings of facts and conclusions of law, which shall include pincites to the testimony and evidence admitted at bench trial. The parties' submissions shall also be submitted to the Court in Microsoft Word format at the time of filing via e-mail to leibowitz@flsd.uscourts.gov. Each party may, but is not required to, file a response to the other party's submission no later than December 7, 2026.

**DONE AND ORDERED** in the Southern District of Florida on October 28, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record